AND NOW, this 8th day of July, 2008, the Petition for Review is DENIED.

Janice BULLOCK, Petitioner

v.

Joseph J. AVERSA, Respondent.

Supreme Court of Pennsylvania.

July 8, 2008.

### ORDER

PER CURIAM.

AND NOW, this 8th day of July, 2008, the Petition for Allowance of Appeal being treated as a Petition for Review is DENIED.